

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00308-CV

**IN THE INTEREST OF M.A.C.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021EM503388
Honorable Nick Catoe Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, appellant's brief is STRUCK, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Guillermo Valverde III.

SIGNED November 9, 2022.

_____
Liza A. Rodriguez, Justice